IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ARTHUR LEE BURTON, Petitioner

V.

NATHANIEL QUARTERMAN, Director,
TDCJID, Respondent

MISC. NO. MC-09-414

ORDER

The Petitioner's Motion for Appointment of Counsel, having being heard and duly considered, is hereby GRANTED, and ORDERED that:

1. James R. Reed is appointed to represent Mr. Burton for proceedings in this Court under 18 U.S.C. Sec. 2254

Signed this __21__ day of __Aug__, 2009.

UNITED STATES DISTRICT JUDGE